**FILED**
MAR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FREDRICK R. WARREN,

    Plaintiff,

vs.

JAMES TILTON et al.,

    Defendant.

CASE NO. CV 08-0819 SI (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, FREDRICK R. WARREN, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS   - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  **Evorpean Lath& Plaster**
5  _____
6  _____
7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.  Business, Profession or                      Yes ___ No _X_
10          self employment
11      b.  Income from stocks, bonds,                   Yes ___ No _X_
12          or royalties?
13      c.  Rent payments?                               Yes ___ No _X_
14      d.  Pensions, annuities, or                      Yes ___ No _X_
15          life insurance payments?
16      e.  Federal or State welfare payments,           Yes ___ No _X_
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.     Are you married?                              Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.     a.     List amount you contribute to your spouse's support:$ _____

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____NONE_____

_____

5. Do you own or are you buying a home?    Yes ___ No _X_

Estimated Market Value: $__NA__ Amount of Mortgage: $__NA__

6. Do you own an automobile?    Yes ___ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No _X_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___ No _X_

_____

8. What are your monthly expenses?

Rent: $ __NA__    Utilities: __NA__

Food: $ __NA__    Clothing: __NA__

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3                    NA
4
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9
10
11    I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13    I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

15
16  *Feb 28-08*             *Fredrick R Warren*
17    DATE                        SIGNATURE OF APPLICANT

|   |   |
|---|---|
| 1 |   |
| 2 | Case Number: CV-08 0819 |

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

F28143

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __FREDRICK R. WARREN__ for the last six months
[prisoner name]
__SAN QUENTIN ST. PRISON__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __442.99__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __442.99__.

Dated: __3-5-08__                           _Larry Ward_
                                            [Authorized officer of the institution]

Original

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

FILED
FEB - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name  **WARREN**          **FREDRICK**          **RAY**
      (Last)              (First)              (Initial)

Prisoner Number **F-28143**

Institutional Address **CSP, SAN QUENTIN, SAN QUENTIN, CA 94964**

===============================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Fredrick Ray Warren
(Enter the full name of plaintiff in this action.)
James Tilton, Agency secretary
Robert Sillen, vs Federal Receiver
Dr Kannon, CMO, Robert Ayers Jr.
Warden, Does 1-10 inclusive

(Enter the full name of the defendant(s) in this action)

Case No. **CV 08 0810 SI (PR)**
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement __San Quentin State Prison__

B.  Is there a grievance procedure in this institution?

    YES ( **x** )   NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?

    YES ( **x** )   NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                                    - 1 -

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

— CONFIDENTIAL MAIL —
This letter was opened and searched in the presence of the inmate addressees.
Delivered by: _____ Officer
Received by: Frederick Warren Inmate
Date: 2/24/08

5H21L

Frederick Warren
F-86443
CSP
San Quentin Mail Room
San Quentin, CA 94964

REPORT ID: TS3030 .701  
REPORT DATE: 03/05/08  
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS  
SAN QUENTIN PRISON  
INMATE TRUST ACCOUNTING SYSTEM  
INMATE TRUST ACCOUNT STATEMENT  

FOR THE PERIOD: SEP. 05, 2007 THRU MAR. 05, 2008

ACCOUNT NUMBER : F28143  BED/CELL NUMBER: H 05000000021L  
ACCOUNT NAME   : WARREN, FREDRICK RAY   ACCOUNT TYPE: I  
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 09/05/2007 | | BEGINNING BALANCE | | | | | 761.89 |
| 09/12 | W535 | DENTAL CHARGE | 0986/COPAY | | | 5.00 | 756.89 |
| 09/17 | FR01 | CANTEEN RETUR | 701086 | | | 0.55- | 757.44 |
| 09/17 | FC02 | DRAW-FAC 2 | 1095/H 2ND | | | 100.00 | 657.44 |
| 09/26 | W419 | DONATION-GAVE | 1250FDSALE | | | 54.00 | 603.44 |
| 10/10 | W450 | DONATION-VETE | 1419FDSALE | | | 40.00 | 563.44 |
| 10/15 | FR01 | CANTEEN RETUR | 701491 | | | 16.10- | 579.54 |
| 10/15 | FC02 | DRAW-FAC 2 | 1495/H 2ND | | | 75.00 | 504.54 |
| 11/09 | W449 | DONATION-ARTS | 1910FDSALE | | | 16.00 | 488.54 |
| 11/13 | FC02 | DRAW-FAC 2 | 1935/H 2/3 | | | 50.00 | 438.54 |
| 12/17 | FR01 | CANTEEN RETUR | 702402 | | | 1.70- | 440.24 |
| 12/17 | FC02 | DRAW-FAC 2 | 2404/H 2ND | | | 50.00 | 390.24 |
| 12/18 | W448 | DONATION-SQUI | 2420FDSALE | | | 10.00 | 380.24 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/10 | W508 | NOTARY CHARGE | 2727NOTARY | | | 5.00 | 375.24 |
| 01/11 | W700 | IWF SP SURCHA | 2746/QRTR1 | | | 10.00 | 365.24 |
| 01/11 | W350 | SPECIAL PURCH | 2746/QRTR1 | 187070705 | | 99.71 | 265.53 |
| 01/11 | FR01 | CANTEEN RETUR | 702763 | | | 50.00- | 315.53 |
| 01/14 | FC02 | DRAW-FAC 2 | 2766/H 2ND | | | 100.00 | 215.53 |
| 02/06 | W497 | DONATION LITE | 3044FDSALE | | | 54.00 | 161.53 |
| 02/11 | FC02 | DRAW-FAC 2 | 3115/H 2ND | | | 100.00 | 61.53 |
| 02/14 | D200 | CASH DEPOSIT- | 3140REFUND | | 77.91 | | 139.44 |
| 02/14 | W512 | LEGAL POSTAGE | 3169/LPOST | | | 2.49 | 136.95 |
| 02/14 | W512 | LEGAL POSTAGE | 3169/LPOST | | | 3.00 | 133.95 |
| 02/20*DD30 | | CASH DEPOSIT | 3366REIMBU | | 2,580.00 | | 2,713.95 |
| 02/29 | W865 | REVERSE LITER | 4632MAILRM | | | 15.00- | 2,728.95 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/12/06    CASE NUMBER: SC59698  
COUNTY CODE: SM              FINE AMOUNT: $  200.00

| DATE | TRANS. DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|
| 07/05/2007 | BEGINNING BALANCE | | 200.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE  
ATTEST: 3-5-08  
CALIFORNIA DEPARTMENT OF CORRECTIONS  
BY TRUST OFFICE

F. WARREN CDC-F-28143
SQSP-5-21-HL
SAN QUENTIN
CA 94974

LEGAL MAIL



US DISTRICT COURT
450 GOLDEN GATE AVE
P.O. BOX 36060
SAN FRANCISCO CA
94102-9680