SEPT 1-08

To whom it may concern

Deputy Clerk

RECEIVED
SEP 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I am submiting to you a chang of address for case # CV 08 ~~0819~~ 810 SI and ask that any coraspondence be sent to me at

FREDRicK R WARREN    CDC # F-28143
73 E 40th Ave
SAN MATEO
    CA 94403

If there are any Questions please call 650-771-7573

FREDRICK R WARREN
73 E 40th AVE
SAN MATEO
CA 94403

SAN FRANCISCO CA 941
02 SEP 2008 PM 9 L

Clerk of the court
NorThern District of California
450 Golden Gate Avenue
San Francisco California 9410

CASE # CV08 0819

FRED WARREN
LATHING
ADDITIONS / REMODLES
CONSTRUCTION ( NEW / OLD )

CALL   650 771 7573