1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7

8    FREDERICK RAY WARREN,                    No. C 08-810 SI (pr)

9              Plaintiff,                     **JUDGMENT**

10        v.

11   JAMES TILTON, etc.; et al.,

12             Defendants.

13   _____/

14        This action therefore is dismissed without prejudice to plaintiff filing a new action after

15   he exhausts his administrative remedies.

16

17        IT IS SO ORDERED AND ADJUDGED.

18

19   Dated: September 22, 2008               _____
                                                    SUSAN ILLSTON
20                                             United States District Judge

21

22

23

24

25

26

27

28